IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JOHN F. RICHARDSON, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | CIVIL ACTION NO. 1:18-cv-222-TFM-N |
| NANCY A. BERRYHILL, *Acting Commissioner of Social Security*, | ) ) ) ) | |
| Defendant. | ) ) | |

## MEMORANDUM OPINION AND ORDER

On March 20, 2019, the magistrate judge entered a report and recommendation to which no objections have been filed. *See* Doc. 23. After due and proper consideration of the issues raised, the recommendation is **ADOPTED** as the opinion of this Court. Accordingly, it is **ORDERED** the Commissioner's final decision denying Richardson's November 2, 2015 application for supplemental security income (SSI) is **REVERSED** and **REMANDED** under sentence four of 42 U.S.C. § 405(g) for further administrative proceedings consistent with this decision.

Final judgment shall issue separately in accordance with this order and Federal Rule of Civil Procedure 58.

**DONE** and **ORDERED** this 26th day of April 2019.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES DISTRICT JUDGE