IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

JOHN F. RICHARDSON,            )
                               )
   Plaintiff,                  )
                               )
vs.                            )   CIVIL ACTION NO. 1:18-cv-222-TFM-N
                               )
NANCY A. BERRYHILL,            )
*Acting Commissioner of Social Security,*  )
                               )
   Defendant.                  )

## **FINAL JUDGMENT**

In accordance with the Memorandum Opinion and Order entered this date adopting the Magistrate Judges's recommendation, it is **ORDERED, ADJUDGED, and DECREED** that the decision of the Commissioner is **REVERSED** and this case is **REMANDED** to the Commissioner for further consideration and proceedings consistent with the Opinion entered herewith

The Clerk of Court is **DIRECTED** to enter this document on the civil docket as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**DONE** and **ORDERED** this the 26th day of April 2019.

                /s/Terry F. Moorer
                TERRY F. MOORER
                UNITED STATES DISTRICT JUDGE